THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>ISSAQUAH CARE CENTER, a limited liability company, and SANDRA SWANSON, an individual,<br><br>Defendants. | Case No. CV5-1614P<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

## I. STIPULATION

The parties, through their counsel of record, hereby stipulate and agree that the discovery deadlines may be extended as follows:

1. Expert Disclosures deadline:            April 20, 2007
2. Discovery motion deadline for filing:   May 1, 2007
3. Discovery cut-off:                      May 30, 2007
4. Dispositive motion deadline for filing: August 2, 2007

//
//

STIPULATION AND ORDER TO CONTINUE
DISCOVERY DEADLINES - 1
CV05-1614P

LUVERA, BARNETT, BRINDLEY,
BENINGER & CUNNINGHAM
ATTORNEYS AT LAW
6700 COLUMBIA TOWER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

1  Dated this 26th day of February, 2007.

2  LUVERA, BARNETT, BRINDLEY  COZEN O'CONNOR
   BENINGER & CUNNINGHAM
3
4  By: /s/ David Beninger  By: /s/ Christopher L. Neal
   David Beninger, WSBA #18432  THOMAS M. JONES, WSBA #13141
   Attorneys for Defendant Sandra Swanson  CHRISTOPHER L. NEAL, WSBA 25685
5  Attorneys for Plaintiff Lexington Insurance
   Company
6

7  II. ORDER

8  Pursuant to the above stipulation, it is hereby ordered that the discovery deadlines are
9  extended as follows:
10
11  1.  Expert Disclosures deadline:  April 20, 2007
12  2.  Discovery motion deadline for filing:  May 1, 2007
13  3.  Discovery cut-off:  May 30, 2007
14  4.  Dispositive motion deadline for filing:  August 2, 2007

15
   DATED this _____ day of _____, 2007.
16

17  _____
   UNITED STATES DISTRICT COURT
18  JUDGE MARSHA PECHMAN

19
   Presented by:
20

21  LUVERA, BARNETT, BRINDLEY
   BENINGER & CUNNINGHAM
22
   By: /s/ David Beninger
23  David Beninger, WSBA #18432
   Attorneys for Defendant Sandra Swanson
24

STIPULATION AND ORDER TO CONTINUE  LUVERA, BARNETT, BRINDLEY,
DISCOVERY DEADLINES - 2  BENINGER & CUNNINGHAM
CV05-1614P  ATTORNEYS AT LAW
   6700 COLUMBIA TOWER
   701 FIFTH AVENUE
   SEATTLE, WASHINGTON 98104
   (206) 467-6090

1  COZEN O'CONNOR

2

3  By:  /s/ Christopher L. Neal
   THOMAS M. JONES, WSBA #13141
4  CHRISTOPHER L. NEAL, WSBA 25685
   Attorneys for Plaintiff Lexington Insurance Company

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO CONTINUE
DISCOVERY DEADLINES - 2
CV05-1614P

LUVERA, BARNETT, BRINDLEY,
BENINGER & CUNNINGHAM
ATTORNEYS AT LAW

6700 COLUMBIA TOWER
701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090