UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEXINGTON INSURANCE CO.,
          Plaintiff,

v.

ISSAQUAH CARE CENTER and SANDRA SWANSON,
          Defendants.

No. C05-1614P

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received the parties' stipulation and proposed order extending deadlines. (Dkt. No. 96). The Court accepts the new proposed discovery deadlines. But the parties have proposed a new dispositive motions deadline that is too close to the trial date. The Court therefore modifies the proposed schedule and orders that the discovery and dispositive motions deadlines are as follows:

1.    Expert Disclosures deadline:           April 20, 2007

2.    Discovery motion deadline for filing:    May 1, 2007

3.    Discovery cut-off:                   May 30, 2007

4.    Dispositive motion deadline for filing:    July 2, 2007

The Clerk is directed to send copies of this order to all counsel of record.

Dated this 5th day of March, 2007.

                                            BRUCE RIFKIN, Clerk
                                            By /s/ Mary Duett
                                            Deputy Clerk

MINUTE ORDER - 1