UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEXINGTON INSURANCE CO.,

           Plaintiff,

v.

SANDRA SWANSON,

           Defendant.

No. C05-1614MJP

ORDER DENYING DEFENDANT SWANSON'S MOTION FOR A RULE 56(f) CONTINUANCE

This matter comes before the Court on Defendant Swanson's motion for a Fed. R. Civ. P. 56(f) continuance. (Dkt. No. 217.) Swanson requests that the Court continue Lexington's motion for partial summary judgment, currently noted for consideration on July 6, 2007, until this Court rules on Lexington's pending motions to quash the depositions of Christopher Neal and Earl Sutherland and Swanson's renewed CR 37 motion for *in camera* review and to compel production of withheld claims file documents. Plaintiff Lexington opposes the motion. (Dkt. No. 228.)

The motion is DENIED. If, after reading the papers on Lexington's motion for summary judgment, and ruling on the pending discovery motions, the Court determines that additional discovery would have bearing on the issues presented in Lexington's summary judgment motion, the Court will delay a ruling to consider any discovery ordered.

The Clerk is directed to send copies of this order to all counsel of record.

Dated: June 29th, 2007.

                                      Marsha J. Pechman
                                      United States District Judge

ORDER - 1